In the Matter of FELT & TARRANT MFG. Co., Respondent, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Appellant.

Submitted April 3, 1939; decided April 11, 1939.

Motion for reargument denied and motion to amend remittitur granted. Return of remittitur requested and

when returned it will be amended by adding thereto after the words " upon the authority of *Matter of National Cash Register Co.* v. *Taylor* (276 N. Y. 208) " the following: " and upon the sole ground that the City Sales Tax Law as here applied violates the commerce clause (article 1, section 8, clause 3) of the Constitution of the United States." (See 279 N. Y. 678.)